MARC E. MAYER (190969)
  mem@msk.com
EMILY F. EVITT (261491)
  efe@msk.com
DANIEL A. KOHLER (285501)
  dxk@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone:  (310) 312-2000
Facsimile:   (310) 312-3100

Attorneys for Plaintiffs
Froytal Services Ltd. and Manwin Licensing International S.à.r.l.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Froytal Services Ltd., and Manwin Licensing International S.à.r.l., a Luxembourg corporation,<br><br>           Plaintiffs,<br>      v.<br><br>DOE 1 d/b/a "Brazzers.to," and DOES 2-10, inclusive,<br><br>           Defendants. | CASE NO. CV12-10299 CAS (CWx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>**[Fed. R. Civ. P., Rule 41(a)(1)(A)(i)]** |

Mitchell Silberberg & Knupp LLP

5351356.1

NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Froytal Services Ltd. and Manwin Licensing International S.à.r.l. voluntarily dismiss this action, in its entirety, without prejudice.

DATED:  June 5, 2013

MARC E. MAYER
EMILY F. EVITT
DANIEL A. KOHLER
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Marc E. Mayer
    Attorneys for Plaintiffs
    Froytal Services Ltd. and Manwin
    Licensing International S.à.r.l.